ORIGINAL

**FILED**

05/30/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0631

## IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0631



FILED

MAY 3 0 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF:

E.F.,

ORDER

A Youth in Need of Care.

---

Counsel for the appellant father of E.F. filed a motion and brief asking to be allowed to withdraw from this appeal on grounds that counsel has been unable to find any nonfrivolous issues to raise on appeal, pursuant to § 46-8-103(2), MCA, and *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396 (1967). The father responded to counsel's brief and objected to counsel's motion.

The Court has now independently examined the record pursuant to § 46-8-103(2), MCA, and *Anders*. We have considered the arguments raised by counsel and by the father in his response. We conclude there are no arguments with potential legal merit that could be raised in the father's appeal in this case.

Therefore,

IT IS ORDERED that this appeal is DISMISSED.

The Clerk is directed to provide copies of this Order to all counsel of record and to the appellant father personally.

DATED this 30th day of May, 2023.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices